USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 0 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE 650 FIFTH AVENUE AND :
RELATED PROPERTIES :
:
:
:
------------------------------------------------------------ X

08 Civ. 10934 (KBF)
and all member and
related cases

ORDER

KATHERINE B. FORREST, District Judge:

The Court finds that, as part of the Rule 37 sanctions awarded against Assa Corp. and Assa Co. Ltd. in the Memorandum Decision and Order of September 4, 2013 (ECF No. 796), the failure of Assa Representatives Davood Shakeri, Fatemeh Aghamiri, and Mohammad Hassan Deghani Tafti to appear for their duly noticed depositions shall preclude Assa from calling these witnesses at trial.

SO ORDERED.

Dated: New York, New York
September 10, 2013

_____
KATHERINE B. FORREST
United States District Judge