# STROOCK

By CM/ECF

September 17, 2013

James L. Bernard
Direct Dial: 212-806-5684
Fax: 212-806-6006
jbernard@stroock.com

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, NY 10007-1581

Re:  In re: 650 Fifth Avenue and Related Properties
     08 CIV. 10934 (KBF) and All Member and Related Cases

Dear Judge Forrest:

We represent the Greenbaum, Acosta, Beer and Kirschenbaum judgment creditors.
Since the Court issued its ruling yesterday on the Government's summary judgment
motion, I have been in touch with Mr. Ruzumna, counsel for the Alavi Foundation and
650 Fifth Avenue Company, to discuss next steps. As the Court will see in our
summary judgment motion filed today, the moving Judgment Creditors relied upon the
Government's 56.1 statement (except as to matters concerning their publicly available
judgments). Based on my conversations with Mr. Ruzumna, we believe it would be
helpful to the Court and the parties to schedule a conference with the Court after
defendants file their response, due this Thursday the 19th at noon, to narrow issues,
explain positions and determine the appropriate next steps. If convenient for the Court,
we are available at 9:30 am on Friday the 20th, with those who are able to appear in
Court in person permitted to do so (Mr. Ruzumna and I are both available then), and
those who can only participate by phone appearing telephonically.

Respectfully submitted,

James L. Bernard

cc:      Counsel of Record

NY 74756269v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI · WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM